UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**RODNEY D. COX**,                                            Civil Case No. 3:11-CV-01030-KI

            Plaintiff,

                                  JUDGMENT

                      v.

**MICHAEL J. ASTRUE**,
Commissioner, Social Security Administration,

            Defendant.


      Merrill Schneider
      Schneider Caver Law Offices
      P. O. Box 14490
      Portland, Oregon  97293

            Attorney for Plaintiff

      S. Amanda Marshall
      United States Attorney
      District of Oregon

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

David Morado
Regional Chief Counsel
Mary F. Lin
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
1301 Young Street, Suite A-702
Dallas, Texas  75202-5433

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby AFFIRMED.

      Dated this _____5th_____ day of September, 2012.


                         /s/ Garr M. King_____
                         Garr M. King
                         United States District Judge